# Exhibit A to the Complaint

**Location:** Richfield, WI  
**Total Works Infringed:** 26  
**IP Address:** 71.94.99.151  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash: B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 09/25/2024 04:44:20 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 2 | Info Hash: 9900994D9F711DC57B56FAF357ABDE84F4D562AE<br>File Hash: D1E3B241595C6CB921A25329247C372EDEE91F8B6C25DE52F8342D92E66ABE5C | 09/25/2024 04:43:59 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 3 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 09/25/2024 04:37:18 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 4 | Info Hash: 957ADCD68485D4AD0CBA0F310F020B64874CED21<br>File Hash: 59DEA7DCADE2D92ABD1A118A9EFDA18F5E0E50FF17882913DDC762296A4827FD | 09/25/2024 04:37:14 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 5 | Info Hash: 8E5EBAB83CF4A1C580BAD3F54DDBB91B82A26A2D<br>File Hash: 228A943C721B6E73D1D08E7CED2AB7DAB6D245D9578D7299633D904849E6EA05 | 08/27/2024 18:09:58 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 6 | Info Hash: 62AD3F2FA43DE045F16D1E9DAC72087250E8E8FC<br>File Hash: BCF18325EAAF2D168A05E179502B20774B40626353FCA4B8B9B72A61B496DB04 | 08/27/2024 18:00:56 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 7 | Info Hash: 9A27DDD62CF72E06F8F75762E96302D5ECF6937F<br>File Hash: 8AE90377BDFB938656C77D16F3FB54443E4F0676ED7F8AC5BF60D3D0BF0CE29B | 06/28/2024 08:21:32 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 8 | Info Hash: D90BEC6FFCA3A82DDD6B1866DADCF199978C3FC8<br>File Hash: 948C851F15FC8C14D4AA7B4494279138D44A05510C75704F858C2892E0AB406C | 06/18/2024 23:06:02 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 9 | Info Hash: 686867139B6CAF4821848C923C4AEC8A834F5E99<br>File Hash: 4085EEA1050C5B873CE6ACAFD0303D1FA5D8125867E0151102A37FA1D356EE5C | 06/18/2024 22:55:49 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 10 | Info Hash: D499EA90CAAF0E69CC225E2CDCD2C8196CA08456<br>File Hash: 4C2BABF544F38946602A48405F8BD1650C9811F27C6542EC251DF407700E7BBF | 06/18/2024 22:53:47 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 11 | Info Hash: 36389E6032620A6917ABAA13B49D856DE273E555<br>File Hash: 0B774F258C1D635923F4AB138F8D80B786EC5672488AEED7537767C9C0951356 | 05/25/2024 13:42:43 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F9AAFE93063A22CCB6C472D327D77B1C294E6F82<br>File Hash:<br>2F76AB974DBC711CBEBB346FCD43F937054BA843015DB6CD1A0444AA8DF5B232 | 05/09/2024 05:41:27 | Blacked Raw | 01/24/2022 | 02/14/2022 | PA0002335489 |
| 13 | Info Hash: 246A153C0FEFC88F29333FF96A8F73EBBA3CD8C8<br>File Hash:<br>BBD0504E93C73E97DCB99A5C463CE8FE5006ABBEDE5A0AD4A5B9E7284750AD0E | 05/09/2024 05:36:39 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 14 | Info Hash: 74E8B59480E176C02A64395ACE1F3DC96F057179<br>File Hash:<br>9739D598D659878A89B894EF0427B78661ED11E0F8F933D0A2BD274C215BD92F | 04/20/2024 12:35:37 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 15 | Info Hash: 53FBDEBC6D04A6E1EF07F31C30D5C379B62B00F9<br>File Hash:<br>2DA90F8BC104EB35EEECEFC588AB2DC7B183E4708BDC530ADCDCD2EEC5A9726C | 04/20/2024 12:35:33 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 16 | Info Hash: 1F86FEA4D0BB90DCED1BA522201FF0D8A4BE61B3<br>File Hash:<br>22646A783CD6FF54DD797A9BBEBEBBE823DA242D571538B78FB6FB381C531061 | 04/20/2024 12:35:17 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 17 | Info Hash: 7DA94E709E8B3E75DAED213527DC779BADB6B73F<br>File Hash:<br>F9067F2805CAE4F800D4E58042C0E70D569245F62C0AD1453D1249F964E7F053 | 02/10/2024 20:45:51 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 18 | Info Hash: 084A24CCA74CA9FA004F2C2C771EBFF16058D18D<br>File Hash:<br>E882C375A1616AB619DD8AE6DF80F02A6B6D3C775F99C52050282B4BA53A0CBC | 02/08/2024 06:22:14 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 19 | Info Hash: 3C6308C67F0472247F93F0F74BB56B940B4D3C28<br>File Hash:<br>CEB0B41FA06887C65ADCE6C07525D5A86E94836E1E94FCEB328BD25F23BB1D4E | 02/07/2024 02:49:40 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 20 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash:<br>23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 09/20/2023 08:35:20 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 21 | Info Hash: F682DFBEE6EF45485F282FEB3D208FC5EBF989A2<br>File Hash:<br>51F0B8926051C051BC261B8C290E63F41FF433D3CB081D41C34F057659FEFB3A | 08/20/2023 17:37:42 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 22 | Info Hash: 1149632029B2203A09EF6DB1B644D4E0F5F00FE5<br>File Hash:<br>F1229FE37A0BD54A30E560D416313F5BFD09A09DAB865C1584FAE8018BF2E7E0 | 08/13/2023 01:53:43 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 23 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash:<br>4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 06/04/2023 00:42:23 | Blacked | 06/03/2023 | 06/09/2023 | PA0002415360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash:<br>EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06/04/2023<br>00:32:52 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 25 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash:<br>82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05/12/2023<br>02:58:53 | Blacked | 05/06/2023 | 05/15/2023 | PA0002411299 |
| 26 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 04/30/2023<br>06:34:39 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |